

**NEIL H. GREENBERG & ASSOCIATES, P.C.**

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.

JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.

PARALEGALS

ROSA COSCIA
FRANCIS PENA

**Via: SDNY ECF**

March 11, 2020



MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/20

Honorable Judge Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

**Re:** *Pena, et al. v. NB Network Solutions, Inc., et al.*; 19-CV-1681 (RA)(DCF)

Honorable Judge Abrams:

This office represents the Plaintiffs in the above-referenced FLSA action and I write with the consent of Defendants' counsel of record. Kindly accept this letter motion seeking an extension of the time in which the parties have to submit their Motion for FLSA Settlement Approval and Agreement for the Court's review up to and including March 20, 2020.

The reason for this request is that the attorneys have recently completed drafting the formal written agreement and need additional time to collect signatures from the parties. Once signatures have been collected, Plaintiffs will fill all necessary documentation pursuant to *Cheeks*.

Thank you for your time and consideration of this request.

Respectfully submitted,

Keith E. Williams, Esq.

cc: All counsel of record, via ECF

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
March 12, 2020